IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE HORACE MANN COMPANIES,<br><br>  Plaintiff,<br><br>v.<br><br>MARIE MADSEN; KAWASAKI MOTORS CORP., U.S.A.; and KAWASAKI HEAVY INDUSTRIES, LTD.,<br><br>  Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:18-cv-00094-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation and Motion for Dismissal ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. Plaintiff's claims and causes of action, demands, rights, damages and expenses filed against Defendants Marie Madsen, Kawasaki Motors Corp., U.S.A., and Kawasaki Heavy Industries, Ltd., alleged and set forth in Plaintiff's complaint,[3] are DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

The Clerk is directed to close the case.

Signed this 31st day of October, 2019.

BY THE COURT:

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 47, filed Oct. 31, 2019.

[2] *Id*.

[3] Amended Complaint for Declaratory Relief, docket no. 25, filed May 1, 2019.